PD-1430-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/1/2015 5:15:52 PM
Accepted 12/2/2015 9:30:12 AM
ABEL ACOSTA
CLERK

NO. PD-1430-14

| | | |
|---|---|---|
| SHELLEY WALKER | § | IN THE |
| VS. | § | TWELFTH COURT |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
COURT OF CRIMINAL APPEALS

December 2, 2015

ABEL ACOSTA, CLERK

## MOTION TO EXTEND TIME TO FILE
## BRIEF ON THE MERITS

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Shelley Walker, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file a petition for discretionary review, pursuant to Rule 68.2(C) and 10.5(b) of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 241st District Court of Smith County, Texas.

2.  The case in the trial court was styled the State of Texas v. Shelley Walker, and numbered 241-0593-12.

3.  Appellant was convicted of Injury to a Child and was assessed a sentence of twenty-five (25) years in the Texas Department of Criminal Justice - Institutional Division.

5.  The petition for discretionary review was filed due by November 17, 2014. Th Court granted the petition and the brief on the merits was due November 13, 2015.

6.  On November 13, 2015 an extension of time on the brief on the merits was filed and granted. The new date was November 30, 2015.

Counsel requests an extension of one (1) day due to the number of brief currently due with deadlines, and the number of appellate matters completed since the extension was granted. Additionally, Counsel was retained recently to represent Mrs. Walker in this matter.

Counsel submitted the Appellant's Brief in <u>Steven Moore v. State of Texas</u>, cause no. 12-15-00195-CR with no further extensions on November 30, 2015 with the Twelfth Court of Appeals.

6. Appellant requests an extension of time due to the following facts and circumstances.

Counsel has been in State Court on the following dates within the last thirty days:

A. On November 2, 2015, Counsel was in the 294th Judicial District Court of Van Zandt County, Texas for trial docket call for <u>State of Texas v. Rodney Morris</u>, cause no. CR13-00459. Mr. Morris was set in the top ten (10) on the docket along with seven (7) other Defendants represented by counsel on that particular day.

B. On November 3, 2015, Counsel was in the County Court of Smith County, Texas for probate docket for <u>In the Estate of Jack T. Welch</u>, cause no. 40894-P.

C. On November 4, 2015, Counsel was in the County Court at Law and County Court at Law No. 2 of Smith County, Texas for trial docket call with various Defendants.

D. On November 5, 2015, Counsel was in 8th Judicial District Rains County, Texas for a re-sentencing hearing on <u>State of Texas v. Charles Michael Walker</u>, cause no. 5267.

E. On November 10, 2015, Counsel participate in the Appellate Delphi Panel Webinar. Counsel is currently sitting as a panel member.

F. On November 12, 2015, Counsel was in the 294th Judicial District of Van Zandt County, Texas for pre-trial docket call and/or arraignment which he currently represents twenty-three (23)

defendants on the docket. Many of the Defendants have multiple cases.

G. On November 18, 2015, Counsel was at trial docket call in the County Court at Law with various Defendant's.

H. On November 23, 2015, Counsel was at a status hearing regarding competency on State of Texas v. Reynold McLemee, cause number CR15-00278 in the 294th Judicial District of Van Zandt County, Texas.

I. On November 30, 2015, Counsel was in the County Court at Law of Smith County, Texas for a jury trial setting in State of Texas v. Roy'Tavien Floyd-Whitfield, cause number 001-82167-15.

7. Additionally, Counsel has the following cases and deadlines in appellate matters:

A. Appellant's Brief in Sidney Lynch v. State of Texas, cause number 12-15-00167-15 on December 7, 2015;

B. Appellant's Brief in Gaylord Stevens v. State of Texas, cause numbers 12-15-00162-CR, 12-15-00163-CR and 12-15-00164-CR on December 14, 2015;

C. Appellant's Brief in Shai'Keston Mackey v. State of Texas, cause number 12-15-00243-CR on December 16, 2015;

D. Appellant's Brief in Cedric Humble, Jr. v. State of Texas, cause number 12-15-00239-CR upon completion of the Reporter's Record;

E. Appellant's Brief in Joseph Neal Jones v. State of Texas, cause number 12-15-00267-CR upon the completion of the Reporter's Record; and

F. Appellant's Brief in Neal Hunter v. State of Texas, cause number 12-15-00268-CR upon the completion of the Reporter's Record.

8. Defendant is in custody.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Court grant this Motion To Extend Time to File the Brief on the Merits, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for Kenneth Walker

## CERTIFICATE OF SERVICE

This is to certify that on December 1, 2015, a true and correct copy of the above and foregoing document was served on Mike West, Smith County District Attorney's Office, and Lisa McMinn, State Prosecuting Attorney by electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.